11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

David Frank Morgan,                                    * From the 118th District
                                                         Court of Howard County,
                                                         Trial Court No. 5360.

Vs. No. 11-12-00341-CR                                 * February 7, 2013

State of Texas,                                        * Per Curiam Memorandum Opinion
                                                         (Panel consists of:   Wright, C.J.,
                                                         McCall, J., and Willson, J.)

       This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction.   Therefore, in accordance with this court's opinion, the appeal is dismissed for want of jurisdiction.